UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAIYAM DANIEL HASHEMI,

        Plaintiff,

                                    Case No. 11-CV-13629
vs.                                 HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on cross-motions for summary judgment. In accordance with the court's order granting defendant's motion and denying plaintiff's motion, entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

Dated: August 29, 2012

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 29, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk